ACCEPTED
05-15-01506-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/10/2015 12:40:36 PM
LISA MATZ
CLERK

05-15-01506-CR

Appellate Docket No:    05-15-[Not Assigned Yet]-CR

Appellate Case Style: Cory Devoyse Finn  v. The State of Texas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/10/2015 12:40:36 PM
LISA MATZ
Clerk

### FIFTH  DISTRICT  COURT  OF  APPEALS
### CRIMINAL  APPEAL – DOCKETING  STATEMENT

PARTIES  (TRAP 32.2(a)):

Appellant:   Cory  Devoyse  Finn
Attorneys:   Michael R. Casillas, Attorney at Law – SBN 3967500

Addresses:  351 S. Riverfront Blvd.,
              Dallas, TX 75207

Telephone number:  214.748.5200

Facsimile number:  214.748.5202

e-mail address:  michael@londlawdfw.com

Appellee:  The State of Texas

Attorney:   The Hon. District Attorney Susan Hawk – SBN 00794284
Address:    133 N. Riverfront Blvd., LB-19
              Dallas, TX 75207
Telephone number: 214.653.3600
Facsimile number: 214.653.3642
e-mail address: susan.hawk@dallascounty.org
              DCDAAppeals@dallascounty.org

PERFECTION  OF  APPEAL (TRAP 32.2(b),(d),(f)-(k)):

Date sentence imposed or suspended in open court or appealable order
signed:  November 4, 2015

Date Notice of Appeal filed:  December 3, 2015

If mailed, Date mailed:

Attach file-stamped copy of Notice of Appeal

ACTIONS EXTENDING TIME TO PERFECT APPEAL (TRAP 32.2(e)):

Motion for new trial: Yes
Motion in arrest of judgment: No
Other (specify): N/A

TRIAL AND APPEAL (TRAP 32.2(f)-(k)):

Offense originally charged: Failure To Stop And Render Aid
Date of original offense: July 23, 2014
Defendant's Plea: Not Guilty
If guilty or nolo contendere, was plea result of negotitated plea bargain agreement? N/A

Was trial jury or nonjury? Jury
Punishment assessed: 18 year prison sentence

Is the appeal from a pretrial order: No

Does the appeal involve the validity of a statute, rule, or ordinance? No

TRIAL COURT AND RECORD (TRAP 32.2(c),(l),(m)):

Trial Court: Criminal District Court Number 1 Dallas County, Texas

Judge below: The Hon. Robert Burns

Address for court from which appeal is taken:

Criminal District Court Number 1
Judge Robert Burns
Frank Crowley Courts Building
133 N. Riverfront Blvd., 6th Floor
Dallas, TX 75207

Cause Number below: F14-57024-H

Court Clerk :

Tierra  Jones
Telephone Number: 214.653.5900
Facsimile number: 214.653.5778

Address:  Criminal District Court 1
Frank Crowley Courts Building, 6th Floor
133 N. Riverfront Blvd.
Dallas, TX 75207

Fee paid: No
Arrangements made to pay fee: Yes

Court Reporter or Court Recorder:  Official Court Reporter Crystal Jones

Telephone Number: 214.653.5903
Facsimile Number:  214.653.5778

Address:  Criminal District Court Number 1
Frank Crowley Courts Building, 6th Floor
133 N. Riverfront Blvd.
Dallas, TX 75207

Court Reporter or Court Recorder:  Deputy Court Reporter Melissa Maxwell

Telephone Number: 817.229.4781
e-mail address: melissamaxwell@verizon.net

Address:  P.O. Box 2071
Keller, TX 76244

Court Reporter or Court Recorder:  Deputy Court Reporter Estrella Pineda

Telephone Number:  unknown
e-mail address:  unknown

Address:  P.O. Box 450092
Garland, TX 75045

Reporter's Record/Recorder's Record
Electronically recorded:  Yes
Date of hearings:  October 2, 2014;  November 7, 2014; June 2, 2015;
                   November  2, 2015; November 3, 2015;
                   November 4, 2015

Date requested:  December 3, 2015

INDIGENCY OF PARTY (TRAP 32.1(k)):

Yes

OTHER INFORMATION (TRAP 32.2(m)):

N/A

I CERTIFY TO THE BEST OF MY KNOWLEDGE, ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT:

/s/Michael R. Casillas                              December 10, 2015
Attorney At Law                                     Date

Representing:  Appellant  Cory  Devoyse  Finn

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Docketing Statement were served on counsel for the opponent, the State of Texas, by serving said copies either electronically or on paper to the Office of Criminal District Attorney of Dallas County, Texas, 133 N. Riverfront Blvd., LB-19, Dallas, Texas 75207 or via e-mail to DCDAAppeals@dallascounty.org  or to lori.ordiway@dallascounty.org  no later than December 31, 2015.

                        /s/Michael R. Casillas
                        Michael R. Casillas